FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2025

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE AARON WILES,<br><br>Defendant. | Case No.:<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer |

The Grand Jury charges:

On or about September 27, 2024, in the Eastern District of Washington, the Defendant, DUANE AARON WILES, did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.C., while R.C. was employed as a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs and a Tribal Police Officer with the Spokane Tribal Police Department, and while R.C. was

//

INDICTMENT – 1

engaged in and on account of the performance of R.C.'s official duties, and such acts involved physical contact with R.C., in violation of 18 U.S.C. § 111(a)(1).

DATED this 22 day of January 2025.

A TRUE BILL

*/s/ Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*/s/ Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2